Dickstein Shapiro Morin & Oshinsky LLP
Keith D. Nowak (KN 0230)
1177 Avenue of the Americas
New York, New York 10036
(212) 835-1400
(212) 997-9880 (fax)

Attorneys for Plaintiff,
TBC Consoles, Inc.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE WOOD**

| | |
|---|---|
| TBC CONSOLES, INC., a New York Corp.,<br><br>Plaintiff,<br><br>-against-<br><br>FORECAST CONSOLES, INC., a New York Corp.,<br><br>Defendant. | Civil Action No. **05 CV 2756**<br><br>DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1 |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff TBC Consoles, Inc., hereby states the following:

1. TBC Consoles, Inc. is not a publicly held corporation.

2. There is no parent corporation of TBC Consoles, Inc.

3. There is no corporations or other publicly held entities that own ten percent or more of the stock of TBC Consoles, Inc.

4. There is no publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of this litigation.

DOCSNY.141630.1

Dated: <u>March 10, 2005</u>

                                        */s/ Keith D. Nowak*
                                        Keith D. Nowak (KN 0230)
                                        Dickstein Shapiro Morin & Oshinsky LLP
                                        1177 Avenue of the Americas
                                        New York, New York 10036
                                        (212) 835-1400
                                        (212) 997-9880 (Fax)

                                        Attorneys for Plaintiff,
                                        TBC Consoles, Inc.