USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/05

HOFFMANN & BARON, LLP
Charles R. Hoffmann, Esq
Steven T. Zuschlag, Esq.
6900 Jericho Turnpike
Syosset, New York 11791-4407
Phone: (516) 822-3550
Fax:   (516) 822-3582

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TBC CONSOLES, INC., | : | ECF CASE |
| Plaintiff, | : | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |
| v. | : | |
| FORECAST CONSOLES, INC., | : | CIVIL ACTION NO. 05 CV 2756 (KMW/AJP) |
| Defendant. | : | |

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF, TBC CONSOLES, INC. ("TBC"), and DEFENDANT, FORECAST CONSOLES, INC. ("FORECAST"), by and through their respective counsel of record, as follows:

1.  The original time period to respond to TBC's Complaint is set to expire on April 3, 2005.

2.  This is a first request for an extension of time within which to respond to TBC's Complaint.

MAR 30 2005 10:31 FR DICKSTEIN SHAPIRO    646 366 9404 TO 15168223582#    P.04
.MAR. 29. 2005  3:35PM    HOFFMANN & BARON LLP.    NO. 0154    P. 2

3. TBC consents to this request and agrees that FORECAST, shall have up to and including <u>May 3, 2005</u> within which to respond to TBC's Complaint.

Respectfully submitted,

Dated: 3/30/05    By: _____
Charles R. Hoffmann (CRH 4166)
Steven T. Zuschlag (STZ 8167)
Hoffmann & Baron, LLP
6900 Jericho Turnpike
Syosset, NY 11791
Attorneys for Defendants
FORECAST CONSOLES, INC.

Dated: 3/30/05    By: _____
Keith D. Nowak (KN 0230)
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, NY 10036
Attorneys for Plaintiff
TBC CONSOLES, INC.

IT IS SO ORDERED. NY, NY
4-6-05

_____
Kimba M. Wood
Judge, United States District Court

** TOTAL PAGE.04 **