05/02/2005 11:57 FAX 646 366 8407          DSMO B                    ☐002/003

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/05

HOFFMANN & BARON, LLP
Charles R. Hoffmann, Esq
Steven T. Zuschlag, Esq.
6900 Jericho Turnpike
Syosset, New York 11791-4407
Phone: (516) 822-3550
Fax:   (516) 822-3582

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TBC CONSOLES, INC., | ECF CASE |
| Plaintiff, | STIPULATION FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |
| v. | |
| FORECAST CONSOLES, INC., | CIVIL ACTION NO. 05 CV 2756 (KMW/AJP) |
| Defendant. | |

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF, TBC CONSOLES, INC. ("TBC"), and DEFENDANT, FORECAST CONSOLES, INC. ("FORECAST"), by and through their respective counsel of record, as follows:

1.  The first extended time period to respond to TBC's Complaint is set to expire on May 3, 2005.

2.  This is a second request for an extension of time within which to respond to TBC's Complaint, the first request having been granted.

05/02/2005 11:57 FAX 646 366 9407                DSMO B                                    ☒003/003

3. In light of ongoing discussions between the parties in an effort to resolve the matter, TBC consents to this request and agrees that FORECAST, shall have up to and including **May 17, 2005** within which to respond to TBC's Complaint.

Respectfully submitted,

Dated: 5/2/05           By: _____
                        Charles R. Hoffmann (CRH 4166)
                        Steven T. Zuschlag (STZ 8167)
                        Hoffmann & Baron, LLP
                        6900 Jericho Turnpike
                        Syosset, NY 11791
                        Attorneys for Defendants
                        FORECAST CONSOLES, INC.

Dated: 5/2/05           By: _____
                        Keith D. Nowak (KN 0230)
                        Dickstein Shapiro Morin & Oshinsky LLP
                        1177 Avenue of the Americas
                        New York, NY 10036
                        Attorneys for Plaintiff
                        TBC CONSOLES, INC.

IT IS SO ORDERED.
5-6-05

_____
Kimba M. Wood
Judge, United States District Court