USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/05

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

1177 Avenue of the Americas • New York, NY 10036-2714
Tel (212) 835-1400 • Fax (212) 997-9880

Writer's Direct Dial: (212) 896-5426
Writer's EMail: NowakK@dsmo.com

May 17, 2005

Via Facsimile (212) 805-7900
The Honorable Kimba M. Wood
Daniel Patrick Moynihan United States Courthouse
United States District Court
Courtroom 15B
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   TBC Consoles Inc. v. Forecast Consoles Inc.
      05 CV 2756 (KMW)

Dear Judge Wood:

I represent TBC Consoles Inc. in the above identified civil action. A conference pursuant to Rule 16(b) is scheduled in this case for May 20, 2005 at 1:15 PM.

Yesterday I was contacted by Mr. Bruce Katz who informed me that he is now representing Forecast Consoles in this matter and is replacing previous counsel, Steve Zuschlag of Hoffman & Barron LLP. Mr. Katz also informed me that he had not yet received the complete file in this case.

In view of Mr. Katz just assuming representation of the defendant in this case, both parties respectfully request a thirty (30) day adjournment for the Rule 16(b) conference currently set for May 20, 2005. No previous requests for adjournment have been made in this case. This requested adjournment does not affect any other scheduled dates.    ] granted. KMW

The initial conference in this case is adjourned to June 17, 2005 at 1:00 p.m.

Very truly yours,

Keith D. Nowak

Enclosure
KDN/112
cc: Bruce Katz, Esq. via facsimile
DOCSNY-1496521

2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689
www.DicksteinShapiro.com

SO ORDERED: N.Y., N.Y.
5-18-05

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.