Wood, J.

HOFFMANN & BARON, LLP
Charles R. Hoffmann, Esq
Steven T. Zuschlag, Esq.
6900 Jericho Turnpike
Syosset, New York 11791-4407
Phone: (516) 822-3550
Fax:    (516) 822-3582

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/05

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TBC CONSOLES, INC., | ECF CASE |
| Plaintiff, : | |
| v. : | |
| FORECAST CONSOLES, INC., : | CIVIL ACTION NO. |
| Defendant. : | 05 CV 2756 (KMW/AJP) |

## STIPULATED SUBSTITUTION OF NEW COUNSEL
## FOR DEFENDANT FORECAST CONSOLES, INC.
## AND WITHDRAWAL OF PREVIOUS COUNSEL

Defendant, FORECAST CONSOLES, INC. ("FORECAST") hereby

substitutes as new counsel Bruce D. Katz & Associates, 225 Broadway, 37th Floor,

New York, New York, 10007, phone: (212) 233-3434, facsimile: (212) 208-3060 as

attorneys of record in the place of previous counsel, Charles R. Hoffmann, Hoffmann

& Baron, LLP, pursuant to Local Civil Rule 1.4.

The case is presently in its initial stage, wherein the Complaint was just filed

on March 10, 2005 and a Scheduling Order and Discovery Plan were just recently

issued on June 28, 2005.  In view of the early stage of the case, FORECAST has

decided to obtain new counsel.  Accordingly, FORECAST consents to the

withdrawal from this case as counsel of record the law firm of Hoffmann &

Baron, LLP.


This Substitution may be signed in counterparts.

FORECAST CONSOLES, INC.
Defendant

Dated: 7/18/05

William G. Haberman
President/CEO


I consent to the above substitution of new counsel for FORECAST and

withdrawal as counsel of record.

HOFFMANN & BARON, LLP
Previous Counsel

Dated: 7/20/05

Charles R. Hoffmann


2

I consent to the above substitution as new counsel of record and withdrawal of

previous counsel for FORECAST.

BRUCE D. KATZ & ASSOCIATES
New Counsel

Dated: _____    *Bruce D Katz*  Digitally signed by Bruce D. Katz, Esq.
Date: 2005.07.07 16:59:12 -04'00'
_____
Bruce D. Katz (BK2041)


DICKSTEIN SHAPIRO MIRIN &
OSHINSKY, LLP
Attorney for Plaintiff, TBC Consoles, Inc.


Dated: _____    _____
Keith D. Nowak

The substitution of new counsel and withdrawal of previous counsel for

Defendant, FORECAST, is hereby approved by the Court.


Dated: _8 - 5 - 05_    _____
Hon. Kimba M. Wood
United States District Judge


206901_1

3

I consent to the above substitution as new counsel of record and withdrawal of previous counsel for FORECAST.

BRUCE D. KATZ & ASSOCIATES
New Counsel

Dated: _____

_____
Bruce D. Katz

DICKSTEIN SHAPIRO MIRIN &
OSHINSKY, LLP
Attorney for Plaintiff, TBC Consoles,Inc.

Dated: _____

_____
Keith D. Nowak

The substitution of new counsel and withdrawal of previous counsel for Defendant, FORECAST, is hereby approved by the Court.

Dated: _____

_____
Hon. Kimba M. Wood
United States District Judge

206901_1

3