USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
TBC CONSOLES, INC.,                  |
                                     |
                    Plaintiff,       |
                                     |
     -against-                       |   05 Civ. 2756 (KMW) (AJP)
                                     |
                                     |
FORECAST CONSOLES, INC.,             |
                                     |
                    Defendants.      |
-------------------------------------x
FORECAST CONSOLES, INC.,             |
                                     |
                    Plaintiff,       |
                                     |
     -against-                       |   07 Civ. 3106 (KMW) (KNF)
                                     |
                                     |       ORDER
TBC CONSOLES, INC., et al.,          |
                                     |
                    Defendants.      |
-------------------------------------x
```

KIMBA M. WOOD, U.S.D.J.:

The Court hereby lifts the stay in TBC Consoles, Inc. v. Forecast Consoles, Inc., 05 Civ. 2756. By August 15, 2008, the parties in the above-captioned actions shall inform the Court (1) of any reasons why these actions should not be consolidated, and (2) of any objections, should the Court consolidate the actions, to it holding separate trials on liability and damages, pursuant to Federal Rule of Civil Procedure 42(b).

    SO ORDERED.

Dated:    New York, New York
            August 11, 2008

                                                  Kimba M. Wood
                                     United States District Judge