```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/10
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TBC CONSOLES, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>FORECAST CONSOLES, INC.,<br><br>        Defendant. | ECF CASE<br><br>CIVIL ACTION NO.<br>05-CV-2756 (KMW)(KNF) |
| FORECAST CONSOLES, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>TBC CONSOLES, INC., TIME BASE CORPORATION and JERRY HAHN,<br><br>        Defendants. | CVIL ACTION NO.<br>07-CV-3106(KNW)(KNF) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties, TBC Consoles, Inc., Forecast Consoles, Inc., Time Base Corporation, Jerry Hahn, and Dennis Browner, hereby stipulate and agree that all of their claims and counterclaims in the above-captioned actions should be DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs and fees.

TBC Consoles, Inc. and Forecast Consoles, Inc. further agree that this action may be reinstated only under the terms and conditions of their confidential settlement agreement dated December 10, 2009.

Keith D. Nowak, Esq.  
Carter Ledyard & Milburn LLP  
2 Wall Street  
New York, NY 10005  
(212) 238-8610  

By: /s/ Keith D. Nowak

Date: December 11, 2009

Dated: New York, New York  
_____, 2009

Bruce D. Katz, Esq.  
225 Broadway, 37th Floor  
New York, New York 10007  
(212) 233-3434  

By: /s/ Bruce D. Katz

Date: December 4, 2009

So ordered,

1-7-10

/s/ Kimba M. Wood

Kimba M. Wood  
United States District Judge